IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA WILSON FOR B.A.W.P. | ) | Civil Action No.: 8:24-CV-01020-PX |
| 6705 Chapel Dale Road | ) | |
| Bowie, Maryland 20720 | ) | |
|     Plaintiff, | ) | |
|     v. | ) | |
| Prince George's County Public Schools, et al. | ) | |
|     Defendants. | ) | |
| | ) | |

HD

Rcv'd by: _____

24 SEP 19 AM 11:21
USDC- GREENBELT MD

## MOTION TO REQUEST PERMISSION TO FILE A SURREPLY RESPONSE TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiff requests permission to file a SURREPLY response to the September 5, 2024, motion filed by counsel for the Defendants. The decision on Motion for Leave to Amend the Complaint rests at the discretion of the Court, not with the Defendants or their counsel. Considering new developments and evidence, the Plaintiff intends to file a second Motion for Leave to file an Amended Complaint. The Plaintiff is awaiting the Court's decision on the Motion to Appoint Counsel but believes the new evidence is compelling and should be captured in the public record. The Plaintiff will prepare and file a SURREPLY with the Court's permission no later than ten days after issuance of an Order to do so, or sooner at the Court's request.

*[Signature]* 9/19/24

Lisa Wilson for B.A.W.P., Plaintiff

6705 Chapel Dale Road

Bowie, Maryland 20720

Tel. 219.293.9798

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2024, a copy of the aforegoing MOTION TO REQUEST PERMISSION TO FILE A SURREPLY RESPONSE TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was served on counsel of record via the Court's CM/ECF electronic filing system.

*[signature]* 9/19/24

Lisa Wilson for B.A.W.P., Plaintiff

'24 SEP 19 AM 11:22
USDC- GREENBELT MD