IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LISA WILSON FOR B.A.W.P. ) | Civil Action No.: 8:24-CV-01020-PX |
| 6705 Chapel Dale Road ) | |
| Bowie, Maryland 20720 ) | |
|     Plaintiff, ) | |
|     v. ) | |
| Prince George's County Public Schools, et al. ) | |
|     Defendants. ) | |
| ) | |

## MOTION REQUESTING AN EXTENSION TO OBTAIN COUNSEL

The Court denied all motions put forth on behalf of the minor child. The parent received notification via email the afternoon preceding a Federal Holiday. The parent requests an extension of 90 days to continue seeking counsel based on the following:

1. The Parent participated in consultation for representation, and the aggressive representation by the contracted attorney for Prince George's County Public School is unattractive to local attorneys.

2. The Parent recently learned of complaints filed by the contracted attorney against opposing counsel representing parents in other counties in Maryland. The complaints can be detrimental to a licensed attorney. Many don't see the value in exposing their bar licenses to this level of manipulation and vulnerability.

3. The Parent recently learned that the attorney for Prince George's County Public Schools utilizes Private Investigators to aggressively defend violations of the IDEA, the ADA,

1

and Section 504 of the 1973 Rehabilitation Act by the agency. This approach is antithetical to the federal governing regulations and recent United States Supreme Court decisions.

4. The Parent recently learned of a substantial judgment entered against a Special Education Advocate based on interactions with the contracted attorney for Prince George's County Public Schools. While the judgment was reversed due to a lack of candor or something to that effect, the impact cannot be understated.

5. The Parent recently spoke with a parent involved in litigation with the school district, represented by the contracted attorney for Prince George's County Public Schools. The parents remain traumatized from the maltreatment and misconduct by the contracted attorney to date.

6. In June 2024, the Associate Superintendent of Special Education communicated that the school district could not respond to legal IDEA and ADA inquiries based on pending litigation and the OCR investigation. It is presumed legal counsel issued the directive. This expressly violates federal law and is unethical at best. The minor child continues to suffer harm in the educational environment based on legal counsel freezing the federal rights of the parent to advocate on his behalf.

7. In previous Motions before the Court, counsel's lack of candor and legal maneuvering to confuse the record regarding the representation of the minor child demonstrate a lack of respect for the legal process.

8. This is a limited snapshot of why parents have difficulty obtaining counsel in Prince George's County for children harmed by the school district, which routinely ignores and violates federal law governing special education. The harm is often immeasurable and long-lasting, and it is well-documented in administrative complaints and complaints filed with the U.S. Department of Education, Office of Civil Rights.

9. It is understandable why local law firms and independent attorneys are reticent to litigate with Prince George's County Public Schools. The parent believes the school district has violated the civil and constitutional rights of the minor child, resulting in grave educational harm. For this reason, the parent pleads with the Court to grant the extension to allow for a national search for legal counsel. Given the numerous federal holidays, 90 days is the request before the Court.

*[signature]*

Lisa Wilson for B.A.W.P.
Plaintiff, Pro Se
6705 Chapel Dale Road
Bowie, MD 20720
Mobile: 219.293.9798

zanderblake2014@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2024, a copy of the aforegoing MOTION REQUESTING AN EXTENSION TO OBTAIN COUNSEL was served on counsel via the Court's CM/ECF electronic filing system.

*[signature]*

Lisa Wilson for B.A.W.P.

Plaintiff, Pro Se

6705 Chapel Dale Road

Bowie, MD 20720

Mobile: 219.293.9798

zanderblake2014@gmail.com