IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Southern Division)

| | |
|---|---|
| Lisa Wilson FOR B.A.W.P. | ] Civil Action No: 8:24-CV-01020-PX |
| 6705 Chapel Dale Road | ] |
| Bowie, Maryland 20720 | ] |
| Plaintiff | ] |
| v. | |
| Prince George's County Public Schools, et al. | ] |
| Defendants | |

## MOTION FOR CLARIFICATION

For appellate purposes, the parent scribe of the minor Plaintiff request for the record to reflect the sole Plaintiff as B.A.W.P. based on the following:

The Plaintiff, B.A.W.P. is a disabled minor student who attends Prince George's County Public Schools. The Plaintiff, possesses Civil and Constitutional Rights as a citizen of the United States.

On April 8, 2024, the parent scribe filed a formal complaint at the Clerk's Office at the United States District Court FOR the minor student. On the same date, an application for Informa Pauperis was completed FOR the minor student who is without personal income. The Application was approved. All subsequent court records filed FOR the minor student identified him as the sole Plaintiff.

On or after April 8, 2024, the parent scribe was erroneously identified as a Plaintiff in the civil action before the court. This was refuted in subsequent motions, to no avail. Counsel for Defendants perpetually referred to the parent scribe as a Plaintiff and falsely alleged an attempt to provide legal representation for the child even after knowing the characterization was factually incorrect. The mischaracterization harmed the Plaintiff as evidenced by the Letter Order issued on November 27, 2024. Reiterating, the parent scribe is NOT a part of the instant civil action.

On November 27, 2024, the Court issued a Letter Order also referring to the parent scribe as a *pro se* Plaintiff in the instant civil action and indicating personal income information was not submitted. The parent scribe is not a part of the civil action and did not intend to submit personal income information. The parent scribe was unaware that personal income information was

required in the current and historical capacity. The parent scribed believed the Court would GRANT the request for counsel to be appointed to the disabled minor student.

The parent scribe is pleading with the Court to issue an Order directing the Clerk's Office to correct the record to allow for a timely appeal to move forward.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 16TH DAY OF JANAUARY 16, 2025, A COPY OF THE AFOREGOING MOTION FOR CLARIFICATION WAS SERVED ON COUNSEL VIA THE COURT'S CM/ECF ELECTRONIC FILING SYSTEM.

*[signature: Lisa Wilson FOR B.A.W.P.]*

Lisa Wilson FOR B.A.W.P.

Parent Scribe FOR Plaintiff

6705 Chapel Dale Road

Bowie, MD 20720

Mobile: 219.293.9798

Zanderblake2014@gmail.com